UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Owen Barton, | No. C 09-4965 JL |
| Plaintiff, | |
| v. | **ORDER** |
| Washington Mutual/Chase, et al., | |
| Defendants. | |

The Court received Plaintiff's request for an additional 30 days to prepare for the settlement conference in this case, due to the disruption caused by Defendants' scheduling a trustee's sale of Plaintiff's property in violation of this Court's stay of foreclosure proceedings. The Court finds merit in the request. However, Judge Chen's calendar does not permit a new date for the settlement conference until the third week of May, at the earliest. Therefore, the Court hereby extends the stay of foreclosure proceedings to June 11, 2010, and continues the case management conference before this Court to June 2, 2010, at 10:30 a.m. The settlement conference before Magistrate Judge Chen will be held May 25, 2010 at 9:30 a.m.

IT IS SO ORDERED.

DATED: March 12, 2010

_____
James Larson
United States Magistrate Judge

G:\JLALL\CASES\CIVIL\09-4965\Extension.wpd

C-09-4965 ORDER                                          Page 1 of 1